SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Rocky's Restaurant, Inc., et al,<br><br>          Defendants | ) Case No. **2:11-cv-01395-JAM-GGH**<br>)<br>) **ORDER RE: REQUEST FOR DISMISSAL**<br>) **OF NICHOLAS T. BOKIDES; HEITHO**<br>) **BOKIDES REUTER; DESSA MARIE**<br>) **BOKIDES FAY**<br>)<br>) Case to Remain Open with<br>) Remaining Defendants<br>)<br>) |

    IT IS HEREBY ORDERED THAT Defendants Nicholas T.

Bokides; Heitho Bokides Reuter; Dessa Marie Bokides Fay are

hereby dismissed With Prejudice.  This case is to remain

open with remaining Defendants.

Date:  7/22/2011

                        /s/ John A. Mendez_____
                        U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01395-JAM-GGH - 1

PDF created with pdfFactory trial version www.pdffactory.com